IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JUSTENE M. ADLER**                                                                          **PLAINTIFF**

**VERSUS**                                                 **CIVIL ACTION NO. 1:03cv868LG-RHW**

**JO ANNE BARNHART,**                                              **DEFENDANT**
**COMMISSIONER OF SOCIAL SECURITY**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge Robert H. Walker [21-1] entered in this cause on December 8, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Reverse and Remand filed March 23, 2004, [12-1] should be and is hereby **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Commissioner's decision is hereby affirmed that the above captioned cause should be, and is hereby, dismissed.

**SO ORDERED AND ADJUDGED** this the 30th day of December, 2006.

                                                     s/ *Louis Guirola, Jr.*
                                                     LOUIS GUIROLA, JR.
                                                     UNITED STATES DISTRICT JUDGE